United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** John Hornbrook  **Case Number:** 23−60224−jpg

**Debtor(s):** Eliazar McKinney  **Judge:** JOHN P. GUSTAFSON
Kayli Ariana Vranich

**Re:** Motions/Pleadings/Filings for Judge's Consideration
Notice of Motion for Direct Pay

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
☐ Attachments missing or incorrectly filed.
☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
☐ Certificate of service indicating name and address of parties served and date of service required.
☐ Exhibit A not attached.
☐ Form B121 required.
☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
☐ Signature Declaration missing.
☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
☐ Incorrect PDF Attached.
☐ No Means Testing Form
☑ Other. See Comments/Instructions.

**Comments/Instructions:**
Notice filed for incorrect debtors.

Deputy Clerk: **/s/ Lynn Baldwin**
Date: **3/17/2023**
Form ohnb141